UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NICOLE LIDELL, | Civil No. 6:19-cv-01982-AC |
| Plaintiff, | |
| vs. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of 23,821.00, reduced by $6,072.96 in Equal Access to Justice Act ("EAJA") fees, for a net of $17,748.04 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order. There are no other costs.

DATED this 17th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
John E. Haapala, Jr.
Attorney for Plaintiff

Page 1      ORDER – [1:19-cv-01982-AC]